UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| GEROME CARL GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:12-CV-00247-RCJ(WGC) |
| v. | ) | |
| | ) | |
| U.S.A. GOVERNMENT, *et al.,* | ) | O R D E R |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #5) entered on August 29, 2012, in which the Magistrate Judge recommends that the Court enter an order granting plaintiff's request to proceed in forma pauperis, dismissing plaintiff's complaint with prejudice and deny plaintiff's motion for hearing.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #5); therefore, plaintiff's request to proceed in forma pauperis is granted, plaintiff's complaint is DISMISSED with prejudice.  Plaintiff's motion for a hearing (ECF #4) is DENIED as moot. The Clerk of the Court shall close this action.

IT IS SO ORDERED this 20th day of September, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE